IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  12-cv-00139-MSK-KMT

**MABEL MENDOZA**

     Plaintiff,

v.

**TAKHAR COLLECTION SERVICES LTD,**

     Defendant

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

**COMES NOW** the Plaintiff, by and through her undersigned attorney, notifying this Honorable Court that the parties have settled all issues of this case.  Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) the Plaintiff dismisses this case with prejudice.  The parties each shall pay their own attorney fees and costs.

March 29, 2012

                Respectfully submitted,

                 <u>s/Jill Gookin</u>
                **Jill Gookin, Esq.**
                Gookin, Krenning and Associates, LLC
                770 N Lincoln Avenue
                Loveland, Colorado 80537
                (970) 292-8290
                (888) 465-8045
                **Attorney for Plaintiff**